# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Rodriguez, aka Anthony Aaron Cox, | No. CV-07-1094-PHX-DGC (MHB) |
| Plaintiff, | **ORDER** |
| v. | |
| Dora B. Schriro, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff Anthony Rodriguez's motion for review of complaint for class action certification and United States Magistrate Judge Michelle H. Burns' Report and Recommendation ("R&R"). Dkt. ##27, 36. The R&R recommends that the Court deny the motion because Plaintiff Anthony Rodriguez has not met the prerequisites for class certification. Dkt. #36 at 3. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 3 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo

determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny the motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Michelle H. Burns' R&R (Dkt. #36) is **accepted**.

2. Plaintiff Anthony Rodriguez's motion for review of complaint for class action certification (Dkt. #36) is **denied**.

DATED this 26th day of November, 2007.

David G. Campbell
United States District Judge